# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TERRENCE SAWTELLE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:17-cr-00125-JDL-2 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On December 17, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Fed. R. Civ. P. 72(b), United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 147) regarding Terrence Sawtelle's 28 U.S.C.A. § 2255 Petition (ECF No. 142). The Petitioner filed an objection to the Recommended Decision on December 30, 2019 (ECF No. 148).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 147) is hereby **ACCEPTED**, and the Petitioner's 28 U.S.C.A. § 2255 Petition (ECF No. 142) is **DISMISSED**. It is further **ORDERED** that no certificate

of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

**Dated this 6th day of February, 2020.**

                                              **/s/ JON D. LEVY**
                                      **CHIEF U.S. DISTRICT JUDGE**